**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Paul Joseph McMahon III
Attorney at Law
P. O. Box 3643
Lafayette LA 70502-3643

Dawn L. Morris
Law Office of Dawn L. Morris
1106 Coolidge Blvd., Suite A
Lafayette LA 70503

**REHEARING ACTION: March 24, 2010**

**Docket Number: 09   00762-CA**

**LAFAYETTE PARISH SCHOOL BOARD**
**VERSUS**
**RATCLIFF CONSTRUCTION CO., ET AL.**

**Appealed from Lafayette Parish Case No. C-20084236**

**BEFORE JUDGES:**

    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**
    **Hon. David Ellis Chatelain**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lafayette Parish School Board** has this day been

    **DENIED.**

cc: Jonathan C. Augustine, Amicus Counsel
    Eugene Joseph Radcliff, Amicus Counsel
    Ronald J. Fiorenza, Counsel for the Appellee
    Emile Joseph  Jr., Counsel for the Appellee
    Robert Anthony Robertson Esq., Counsel for the Appellee
    Michael W. Rutledge, Counsel for the Appellee
    David Perry Salley, Counsel for the Appellee
    Kourtney Twenhafel French, Counsel for the Appellee